UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacob John Kenfield,

Plaintiff,

vs.

Wrecker Services, Inc., and
John Does 1-3, individually,
Robert J. Kroll, and the
City of Minneapolis,

Defendants.

Court File No. 06-1016 DSD/SRN

**NOTICE OF TAKING DEPOSITION**
**OF ROBERT J. KROLL**

---

TO: DEFENDANTS ROBERT J. KROLL AND THE CITY OF MINNEAPOLIS, AND THEIR ATTORNEYS TIMOTHY SKARDA AND TRACEY NELSON, CITY OF MINNEAPOLIS CITY ATTORNEY, 333 SOUTH 7TH ST., MINNEAPOLIS, MINNESOTA 55402; AND
DEFENDANT WRECKER SERVICES, INC., AND ITS ATTORNEY, CHARLES NOEL, CHARLES J. NOEL & ASSOCIATES, P.A., 860 BLUE GENTIAN ROAD, SUITE 180, EAGAN, MN 55121

PLEASE TAKE NOTICE THAT AT 9:30 a.m. on September 21, 2006, the Plaintiff will take the deposition of Robert Kroll, pursuant to the Federal Rules of Civil Procedure and the local rules of the United States District Court for the District of Minnesota. Said deposition will be taken before a notary public or before some other officer authorized by law to administer oaths at the law offices of James A. Heuer & Associates, P.A., 10 South 5th St., Suite 950, Minneapolis, Minnesota, 55402. The deposition will continue from day to day until completed.

Dated: September 13, 2006.            HEUER & ASSOCIATES, P.A

By:_____/s/_____
James Heuer, 44787
Attorneys for Plaintiff
10 south Fifth Street, Suite 950
Minneapolis, Minnesota 55402
Telephone No. (612) 236-0055