STATE OF MINNESOTA  )
                                            ) ss
COUNTY OF HENNEPIN  )

    Gary Wood, being first duly sworn, deposes and states that on September 14, 2006, he served the following documents:

    1.    Notice of Deposition of Robert J. Kroll

on all interested parties in this action, by mailing to them a copy thereof, enclosed in an envelope, postage prepaid, and by depositing same in the post office at Minneapolis, Minnesota and directed to said parties at their last known addresses listed below:

| | |
|---|---|
| Timothy Skarda | Charles Noel |
| Tracy Nelson | 860 Blue Gentian Road, Suite 180 |
| 333 South 7th Street | Eagan, Minnesota  55121 |
| Minneapolis, Minnesota 55402 | |

                                                  /s/
                                                  Gary Wood

Subscribed and sworn to before me
this _____ day of _____, _____


_____
      Notary Public