SERVICE BY FAX AND MAIL

STATE OF MINNESOTA    )
                     ) SS
COUNTY OF HENNEPIN    )

I, <u>Lynn Feneis</u> , being sworn/affirmed, upon oath, state that on September 18, 2006, I served the attached **Amended Notice of Taking Deposition of Robert Kroll** by fax and by placing a true and correct copy of the document in an envelope addressed to:

    Tracey Nelson    Fax:   (612) 673-3362
    Tim Skarda
    City Of Minneapolis City Attorney
    333 South 7th St.
    Minneapolis, Minnesota 55402

And

    Charles Noel    Fax: 651-365-5107

    Charles J. Noel & Associates, P.A.

    860 Blue Gentian Road, Suite 180,

    Eagan, Mn 55121

and depositing the envelope, with sufficient postage, in the United State Mail at the Post Office located in the City of Minneapolis in the State of Minnesota.

Dated: 9/18/2006

_____
Lynn Feneis

Subscribed and sworn to before me this
18th day of September, 2006

_____
Notary Public
My commission expires:

SHELLEY LOVEJOY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010