## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Jacob John Kenfield,** | |
| **Plaintiff,** | **Court File No.: 06-01016 (DSD/SRN)** |
| v. | **STIPULATION OF DISMISSAL OF ROBERT J. KROLL** |
| **Wrecker Services, Inc. and John Does 1-3, individually, Robert J. Kroll, and the City of Minneapolis,** | |
| **Defendants.** | |

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that all claims against Lieutenant Robert J. Kroll in the above entitled action may be dismissed with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure, and that the Court may enter and file an Order conforming to this Stipulation.

**HEUER & ASSOCIATES, P.A.**

Dated: January 16, 2007

s/James A. Heuer

James A. Heuer (Atty. Reg. 44787)
10 South 5th Street, #950
Minneapolis, Minnesota   55435
(612) 236-0055

Attorneys for Plaintiff

**CHARLES J. NOEL & ASSOCIATES, P.A.**

s/Charles J. Noel

Dated: January 17, 2007

Charles J. Noel (Atty. Reg. 79406)
180 Grand Oak Office Center I
860 Blue Gentian Road
Eagan, MN 55121
(651) 365-5020

Attorneys for Defendant Wrecker Services, Inc.


**JAY M. HEFFERN, CITY ATTORNEY**

s/Timothy S. Skarda

Dated: January 22, 2007

Timothy S. Skarda (Atty. Reg. 10176X)
Tracey Nelson (Atty. Reg. 0311807)
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2553

Attorneys for Defendants Robert J. Kroll and
The City of Minneapolis